# PUGLIESE, FINNEGAN, SHAFFER & FERENTINO LLC

Paul M. Pugliese
William T. Finnegan, Jr.
Charles A. Shaffer*
Jarrett J. Ferentino
Shannon Crake Lapsansky

ATTORNEYS AT LAW

SUITE 500, RIVERSIDE COMMONS
575 PIERCE STREET
KINGSTON, PENNSYLVANIA 18704 - 5732

Telephone (570) 283-1800

Fax (570) 283-1840

July 30, 2014

**FILED**
**SCRANTON**

JUL 3 1 2014

PER _____
DEPUTY CLERK

Honorable Malachy E. Mannion
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA 18503

RE: **WALKER vs. CABOT OIL & GAS CORPORATION, ET AL**
**NO. 3:13-CV-01152 (MIDDLE DISTRICT OF PA)**

Dear Judge Mannion:

I held a Mediation with regard to this matter on Tuesday, July 29, 2014. As a result of the Mediation this case has been settled.

Very truly yours,

CHARLES A. SHAFFER

CAS/jr
cc: Daniel Jeck, Esquire
    Benjamin A. Nicolosi, Jr., Esquire
    Jeffrey D. Roberts, Esquire
    John M. Donahue, Esquire

*CERTIFIED AS A CIVIL TRIAL ADVOCATE BY THE NATIONAL BOARD OF TRIAL ADVOCACY

Pugliese, Finnegan, Shaffer & Ferentino LLC
575 Pierce Street / Suite 500
Kingston, PA 18704

Honorable Malachy E. Mannion
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA 18503