# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERIE LEATHERMAN,** *both individually, and as the Administratrix of the Estate of* **GREGORY BRET WALKER** : : : : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-1152** |
| **v** : | **(JUDGE MANNION)** |
| **CABOT OIL & GAS CORPORATION; PIONEER DRILLING SERVICES, LTD.; and DEAN'S CASING SERVICES** : : | |
| **Defendants** : | |

# O R D E R

The Mediator has reported to the court that this case has been resolved and settled. (Doc. 88). **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party upon good cause shown to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: July 31, 2014**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2013 ORDERS\13-1152-08.wpd